**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| JOHN BRYANT, individually and on behalf of all others similarly situated,<br><br>       *Plaintiff*,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY,<br><br>       *Defendant*. | Case No. 2:21-cv-00674 |

**JOINT NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that Plaintiff John Bryant ("Plaintiff") and Defendant Mutual of Omaha Insurance Company ("Defendant") (together, the "Parties") have reached a settlement in the above-captioned matter. The Parties expect to file a Joint Stipulation of Dismissal once the settlement documents have been exchanged and executed. Therefore, the Parties respectfully request forty-five (45) days in order to complete settlement documents and notify this Court of dismissal. Additionally, the Parties respectfully request that the Court vacate all deadlines related to the above-captioned matter.

Dated: June 21, 2022

Respectfully submitted,

/s/ Amy Brown Doolittle
Amy Brown Doolittle (VSB #37824)
Christina M. Lamoureux (*pro hac vice*)
Squire Patton Boggs (US) LLP
2550 M Street, NW

- 2 -

Washington, DC 20037
Telephone: (202) 626-6707
Facsimile: (202) 457-6315
amy.doolittle@squirepb.com

Petrina A. McDaniel (*pro hac vice*)
Squire Patton Boggs (US) LLP
One Atlantic Center
1201 W. Peachtree Street, NW
Suite 3150
Atlanta, GA 30309
Telephone: (678) 272-3200
Facsimile: (678) 272-3211
petrina.mcdaniel@squirepb.com

*Counsel for Mutual of Omaha Insurance Company*

/s/ Michael Brian Hissam (*with permission*)
Michael Brian Hissam (VSB # 76843)
Bailey Glasser LLP
209 Capitol Street
Charleston, WV 25301
304-345-6555
Fax: 304-342-1110
Email: mhissam@hfdrlaw.com

Anthony Paronich (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln St
Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Fax: (508) 318-8100
Email: anthony@paronichlaw.com

Avi Robert Kaufman (*pro hac vice*)
Kaufman P.A.
400 NW 26th St
Miami, FL 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

*Counsel for Plaintiff*