IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JOHN BRYANT, *individually and on behalf of all others similarly situated*<br>    Plaintiff,<br><br>        v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 2:21CV674 (RCY)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter comes before the Court on the parties' Joint Notice of Settlement (ECF No. 34). The Court has been notified that the parties have reached a settlement agreement. Accordingly, the Rule 16(b) Scheduling Order deadlines are vacated.

The Clerk is directed to provide a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: June 24, 2022