UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JOHN BRYANT, individually and on behalf of all others similarly situated,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY,<br><br>　　　　*Defendant*. | Case No. 2:21-cv-00674 |

**STIPULATION OF DISMISSAL**

NOW COME the parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby voluntarily dismisses all of his individual claims against the Defendant in this action <u>with</u> prejudice, each party to pay their own costs. The putative class claims against Defendant are hereby voluntarily dismissed <u>without</u> prejudice, each party to pay their own costs.

Dated:  July 26, 2022

Respectfully submitted,

<u>/s/ Christina M. Lamoureux</u>
Amy Brown Doolittle (VSB #37824)
Christina M. Lamoureux (*pro hac vice*)
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 626-6707
Facsimile: (202) 457-6315
amy.doolittle@squirepb.com

Petrina A. McDaniel (*pro hac vice*)
Squire Patton Boggs (US) LLP
One Atlantic Center
1201 W. Peachtree Street, NW
Suite 3150
Atlanta, GA 30309
Telephone: (678) 272-3200
Facsimile: (678) 272-3211
petrina.mcdaniel@squirepb.com

*Counsel for Mutual of Omaha Insurance Company*

/s/ *Michael Brian Hissam*
Michael Brian Hissam (VSB # 76843)
Hissam Forman Donovan Ritchie
P.O. Box 3983
Charleston, WV 25339
681-265-3802
Fax: 304-982-8056
Email: mhissam@hfdrlaw.com

Anthony Paronich (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln St
Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Fax: (508) 318-8100
Email: anthony@paronichlaw.com

Avi Robert Kaufman (*pro hac vice*)
Kaufman P.A.
400 NW 26th St
Miami, FL 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

*Counsel for Plaintiff*